# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-09692-JLS (SK) | Date | April 23, 2019 |
|---|---|---|---|
| Title | Calvin Newburn v. Los Angeles County Board of Supervisors, et al. | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|
| Cheryl Wynn | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On December 21, 2018, the Court authorized Plaintiff to serve his complaint on Defendants. (ECF 7). Plaintiff had 90 days from that order to serve the summons and complaint on Defendants. *See* Fed. R. Civ. P. 4(m). He then had 15 days to file a proof of service with the Court. (ECF 7). Plaintiff was advised that failure to serve Defendants within 90 days may result in the dismissal of the action in whole or against unserved Defendants for failure to prosecute, unless Plaintiff can show good cause for extending the 90-day deadline for service. (*Id*.). Yet the deadline to serve the summons and complaint expired on March 21, 2019, and no proof of service has been filed with the Court.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE on or before **May 23, 2019**, why this action should not be dismissed for failure to prosecute. Plaintiff may discharge this order by filing executed proofs of service or presenting good cause in a motion to extend the time for service. **Plaintiff is advised that failure to file a timely response to this order will result in a recommendation that this action be dismissed for failure to prosecute and obey court orders.** *See* Fed. R. Civ. P. 41(b); Local Civil Rule 41-1.

If Plaintiff no longer wishes to pursue this action, Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal." The Clerk is directed to attach a Notice of Dismissal Form (CV-09) to this Order.

Attachment: Form CV-09