Henry Patrick Nelson, CSB #32249
Rina M. Mathevosian, CSB #251423
**Nelson & Fulton**
Equitable Plaza, Suite 2800
3435 Wilshire Boulevard
Los Angeles, CA 90010-2014
Tel. (213) 365-2703 / Fax (213) 365-9130
nelson-fulton@nelson-fulton.com

Attorneys for Defendants,
Los Angeles County Board of Supervisors, Los Angeles County Sheriff's Deputies Peter Velasco, Jr. and Joe Medina

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN NEWBURN,<br><br>   Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY BOARD OF SUPERVISORS, ET AL.,<br><br>   Defendants. | CASE NO. 2:18-cv-09692-SK<br><br>**PROTECTIVE ORDER GOVERNING DISCLOSURE OF CONFIDENTIAL INFORMATION AND DOCUMENTS**<br><br>Judge: Hon. Steve Kim<br>Courtroom 540 |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that all disclosures, discovery, materials, information, and evidence disclosed between the parties, Plaintiff Calvin Newburn and Defendants Los Angeles County Board of Supervisors, Los Angeles County Sheriff's Deputy Peter Velasco, Jr. and Los Angeles County Sheriff's Deputy Joe Medina, may not be used for any purpose other than a court proceeding related to this case 2:18-cv-09692-SK, pursuant to applicable law.

**MORE SPECIFICALLY, IT IS HEREBY ORDERED**, as follows:

1. Under no circumstances shall the Confidential Information be used in any proceeding other than the instant case.

2. Under no circumstances shall the Confidential Information either orally, or by written form, be inputted into any computer program or database or listed manually in any manual, notebook or other listing as it pertains to law enforcement personnel. This does not apply to any computer program or case file maintained specifically as to this civil action.

3. Disclosure of Information shall be limited to the personnel and/or classification of persons listed below:

   a) The parties to this action;

   b) Counsel for any party to this action;

   b) Staff personnel employed by counsel for any party;

   c) The court and its personnel, in connection with this litigation;

   d) Experts or consultant retained to work on this case by counsel for any party to this case;

   e) Investigators retained by counsel for any party to this case, as indicated above; and

   f) Witnesses and jury at trial.

4. Parties or counsel for any party to this action shall advise those individuals to whom disclosure of confidential Information is to be made of the contents of this protective order, and such parties or counsel shall obtain the consent of such individual that he or she will be bound by this Protective Order. In the event such individual does not consent to be bound by this Protective Order, no disclosure of Confidential Information will be made to such individual.

5. Any party, counsel, expert, consultant or investigator retained by any party to this case shall not refer to Confidential Information in any other court proceeding subject to further order of this court. This does not bar the use of any such information at trial.

6. This Protective Order, and the obligations of all persons thereunder, including those relating to the disclosure and use of Confidential Information, shall survive the final termination of this case, whether such termination is by settlement, judgment, dismissal, appeal or otherwise, until further order of the court.

7. Nothing in this Protective Order is intended to prevent officials or employees of the Los Angeles County Sheriff's Department, individual Deputy Sheriffs, or other authorized individuals from having access to Confidential Information to which they would have had access in the normal course of their duties.

**IT IS SO ORDERED.**

DATED: August 16, 2019

_____
HON. STEVE KIM
United States Magistrate Judge