Laura R. Petroff (SBN: 123215)
lpetroff@winston.com
Shawn R. Obi (SBN: 288088)
sobi@winston.com
Dainia J. Jabaji (SBN: 327330)
djabaji@winston.com
Zarouhi Papazyan (SBN: 328645)
zpapazyan@winston.com
Janelle A. Li-A-Ping (SBN: 330805)
jliaping@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorneys for Plaintiff*
*CALVIN NEWBURN*

Henry Patrick Nelson (SBN: 32249)
Amber A. Logan (SBN: 166395)
Rina M. Mathevosian (SBN: 251423)
nelson-fulton@nelson-fulton.com
**NELSON & FULTON**
Equitable Plaza, Suite 2800
3435 Wilshire Boulevard
Los Angeles, CA 90010-2014
Tel. (213) 365-2703 / Fax (213) 365-9130

*Attorneys for Defendants,*
*Los Angeles County Sheriff's Deputies Peter Velasco, Jr. and Joe Medina*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN NEWBURN,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY BOARD OF SUPERVISORS, et al.,<br><br>    Defendants. | **Case No. 2:18-cv-09692-SK**<br><br>Honorable Steve Kim,<br>U.S. Magistrate Judge<br><br>**ORDER RE JOINT STIPULATION REQUESTING DISMISSAL WITH PREJUDICE** |

WHEREAS, Plaintiff Calvin Newburn ("Plaintiff") and Defendants Peter Velasco Jr. and Joe Medina ("Defendants") have filed a Joint Stipulation Requesting Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1);

IT IS HEREBY ORDERED that the above-captioned case is hereby DISMISSED WITH PREJUDICE.

The Court is grateful to counsel from Winston & Strawn for representing Plaintiff pro bono and publicly acknowledges the contributions of each of the individual attorneys: Laura Petroff, Shawn Obi, Dainia Jabaji, Janelle Li-A-Ping, Megan Whipp, Zarouhi Papazyan.

IT IS SO ORDERED.

DATED: May 25, 2021

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE